```
Case No: 01-50108                                                                                      Page:

                                    United States Bankruptcy Court
                                  Western District of North Carolina
                                P.O. Box 1778 Statesville, NC 28687-1778
                                               WILKESBORO
                            Final Report and Account as of May 22, 2006

Debtor 1:                              Attorney:                                    Last 6 Receipts
  RUDOLFO A LEON                         DEIRDRE H NACHANIE                    Mar  8, 2006      355.50
  4381 MEANDERING LANE                   ATTORNEY AT LAW                       Feb  8, 2006      711.00     Plan Terms                 60
  LINCOLNTON NC     28092-0007           PO BOX 853                            Jan 17, 2006      355.50     Base Amount         28,680.00
  SSN1: XXX-XX-4792                      LINCOLNTON NC     28093               Dec 13, 2005      711.00     Total Paid In       28,984.50
                                         Ph. (704) 732-4098                    Nov 17, 2005      711.00     Total Disbursed     28,984.50
Debtor 2:                                                                      Nov  4, 2005      355.50     Balance on Hand           .00
  HILDA VILLALOBOS CALDERON
  AKA: HILDA DELSOCORRO LEON           File Date:             Jan 19, 2001                                  Min % to Unsecured     10.00 %
  SSN2: XXX-XX-4501                    First Meeting Date:    Mar  5, 2001     Months Since Last Rcp    2   Trustee's Percentage   10.00 %
                                       Confirmation Date:    Apr 23, 2001                                   Judge:      J. Craig Whitley
Debtor 1 pays      711.00 MONTHLY                                                                           Status:           COMPLETED
                                       Modification Date:
                                       Date Closed:          Apr 13, 2006      Months Since Filing      64

                                       Wage Deduction Date:
```

Steven G. Tate, Trustee for the above case, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on Jan 19, 2001 and confirmed on Apr 23, 2001. The case was subsequently COMPLETED

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $ 28,984.50 .

3. The Trustee made disbursements to creditors as follows (Principal or interest due is the result of the termination of a plan confirmed to pay a specific amount and/or percentage into a plan which pays less than 100% of unsecured claims):

| Number | Name | Claim Num | Cred T Ly | Schedule Amount | Claim Amount | Int Rate | Monthly Payment | Principal Paid | Claim Adjust | Interest Paid | Principal Due | Principal Due/Arrears | Interest Due/Arrears |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23586 | DEIRDRE H NACHANIE | 0000 | ANDRSCS T Ly | 500.00 | 500.00 | .00 | .00 | .00 | 500.00 | .00 | .00 | .00 | .00 |
| 200000 | NOTICE FEES - TRUSTEE | 0000 | | .00 | 48.00 | .00 | .00 | 48.00 | .00 | .00 | .00 | .00 | .00 |
| 400000 | NOTICE FEES - CLERK | 0000 | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 000000 | DEBTOR REFUNDS | 0000 | | .00 | .00 | .00 | .00 | 304.50 | .00 | .00 | .00 | .00 | .00 |
| 100000 | TRUSTEE COMPENSATION | 0000 | | .00 | .00 | .00 | .00 | 1,382.58 | .00 | .00 | .00 | .00 | .00 |
| 605763 | JULIE MOSER HANCE | 0001 | B 20 | .00 | 478.00 | .00 | 239.00 | 478.00 | .00 | .00 | .00 | .00 | .00 |
| 605763 | JULIE MOSER HANCE | 0002 | Y B 50 | 800.00 | 322.00 | .00 | .00 | 309.89 | 12.11 | .00 | .00 | .00 | .00 |
| 605763 | XXXXXXXACCOUNT XXXXXXXX FEE | | | | | | | | | | | | |
| 615087 | AMERICREDIT FINANCIAL SVCS INC | 0003 | S 50 | 8,000.00 | 7,500.00 | 10.00 | .00 | 7,500.00 | .00 | 1,554.76 | .00 | .00 | .00 |
| 248919 | XXXXXXXXXISHI XXXXX1624 XXXXXXXXSIDE XXXXXXXX FEE | 0004 | X S 99 | 800.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 248919 | DOGER CITY FURNITURE | | | | | | | | | | | | |
| 120037 | CHANEYS USED CARS XXXXXXMOTIVE | 0005 | S 50 | 9,159.31 | 7,000.00 | .00 | .00 | 2,785.37 | 4,214.63 | 1,019.75 | .00 | .00 | .00 |

Case No. 01-50108                                                                      Final Report and Account as of May 22, 2006

| Claim# | Claimant | Seq | Cls | Amount Filed | Amount Allowed | Principal Paid | Interest Paid | Balance Due | Other |
|---|---|---|---|---|---|---|---|---|---|
| 205338 | XXXHONDA CH2 XXXXXXXXXXXXXXXXXXXXTIAC | 0006 |  | S 50 | 2,364.05 | 550.00 | 10.00 | .00 | 116.16 | .00 | .00 |
| 244091 | SECURITY FINANCE XXXXXDGE XXXXXXXX | 0007 | x | S 99 | 653.48 | .00 | 10.00 | .00 | .00 | .00 | .00 |
| 370799 | USDA/RHS XXX MTG XXXXXXX9338 | 0008 | O | N 98 | 43,285.59 | .00 | .00 | .00 | .00 | .00 | .00 |
| 370799 | USDA/RHS XXXXXXX9338 | 0009 |  | N 50 | 1,285.61 | .00 | 9.75 | .00 | 233.03 | .00 | .00 |
| 133193 | CHRYSLER FIN CO LLC XXXXXXXXXXXXXXCITY | 0010 |  | U 80 | 12,000.00 | 8,571.13 | .00 | .00 | .00 | 7,205.61 | .00 |
| 297041 | FIRST CHARTER BANK | 0011 |  | U 99 | 65.00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 523710 | LIFETIME DISTRIBUTORS XXXXMENT XXXX87-1 | 0012 |  | S 50 | 1,000.00 | 256.48 | 8.00 | .00 | 42.78 | .00 | .00 |
| 293079 | US POSTAL SERVICE | 0013 | x | U 99 | 202.00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 009001 | INTERNAL REVENUE SERVICE XXXX TAX XXXXXXXXXXXXXX4301 | 0014 |  | P 70 | .00 | 4,069.00 | .00 | .00 | .00 | .00 | .00 |
| 396024 | LINCOLN COUNTY TAX DEPARTMENT XXX9592 | 0015 |  | P 50 | .00 | 34.74 | 8.00 | .00 | 6.47 | .00 | .00 |
| 010014 | NC DEPT OF REVENUE | 0016 | x | Z 99 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 267763 | ROBERT J BERNHARDT | 0017 | x | Z 99 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 089031 | SHERETA CHIMKO & ADAMS | 0018 | x | Z 99 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 605763 | JULIE MOSER HANCE XXXXXXXXXXXXXXX0202 | 0019 |  | L 50 | .00 | 250.00 | .00 | .00 | .00 | .00 | .00 |
| 605763 | JULIE MOSER HANCE | 0020 |  | L 50 | .00 | 100.00 | .00 | .00 | .00 | .00 | .00 |
| 033758 | NO ATTORNEY - PRO SE PETITION | 0021 |  | L 50 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 235596 | DEIRDRE H MACHANIC XXXXXXXXXXXXX3/03 | 0022 |  | L 50 | .00 | 368.00 | .00 | .00 | .00 | .00 | .00 |
| 235596 | DEIRDRE H MACHANIC XXXXXXXXXXXX4/05 | 0023 |  | L 50 | .00 | 100.00 | .00 | .00 | .00 | .00 | .00 |
| 235596 | DEIRDRE H MACHANIC XXXXXXXXXXX9/05 | 0024 |  | L 50 | .00 | 100.00 | .00 | .00 | .00 | .00 | .00 |
| 235596 | DEIRDRE H MACHANIC XXXXXXXXXXX3/05 | 0025 | y | A 10 | .00 | 4,214.63 | .00 | .00 | .00 | .00 | .00 |
| 500000 | CLERK U S BANKRUPTCY COURT XXXXXXXXXXXXXCARS | | | | .00 | .00 | .00 | .00 | .00 | .00 | .00 |

Case No. 01-50108

Final Report and Account as of May 22, 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| 615087 | AMERICREDIT FINANCIAL SVCS INC 2003 xxxxxxxlain xxxxx1624 | U 80 | 718.42 | .00 | 114.45 | 603.97 | .00 |
| 120827 | CHANEY'S USED CARS xxxxxxlain 2005 Y | U 97 | .00 | .00 | .00 | .00 | .00 |
| 205339 | SECURITY FINANCE xxxxxxlain 2006 | U 80 | 1,657.43 | .00 | 1,657.43 | .00 | .00 |
| ## Totals ## | | | 2,467.53 | .00 | 1,657.43 | .00 | .00 |

4. Summary of disbursements:

| | Secured | Priority | Unsecured | Administrative | Attorney | Other | Trustee |
|---|---|---|---|---|---|---|---|
| Total Scheduled | 66,569.03 | .00 | 12,267.00 | .00 | 1,300.00 | .00 | .00 |
| Total Claimed | 16,593.76 | 4,103.74 | 13,414.51 | 4,262.63 | 2,218.00 | .00 | .00 |
| Total Principal Paid | 12,379.13 | 4,103.74 | 1,873.08 | 4,262.63 | 1,705.89 | 304.50 | 1,392.58 |
| Total Claim Adjustment | 4,214.63 | .00 | 1,657.43 | .00 | 512.11 | .00 | .00 |
| Total Principal Due | .00 | .00 | 9,884.00 | .00 | .00 | .00 | .00 |
| Total Percent Principal Paid | 100.00 % | 100.00 % | 26.32 % | 100.00 % | 100.00 % | .00 % | .00 % |
| Total Continuing Debt Paid | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| Total Interest Due/Arrears | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| Total Interest Paid | 2,966.48 | 6.47 | .00 | .00 | .00 | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| GRAND TOTAL PAID IN PLAN | 15,345.61 | 4,110.21 | 1,873.08 | 4,262.63 | 1,705.89 | 304.50 | 1,392.58 | 28,994.50 |

TOTAL
80,116.03
40,092.64
26,011.55
6,384.17
9,884.00
.00
.00
2,972.95
28,994.50

Case No. 01-50108

Final Report and Account as of May 22, 2006

Page:

### Creditor Types

- A- Administrative Costs
- B- Base Attorney Fee(s)
- E- Educational Loans
- G- Secured-Monthly Payment
- L- Legal Fees
- M- Mortgage
- N- Mortgage/Lease Arrears
- P- Priority
- S- Secured-Pro-Rata
- U- Unsecured
- V- Vehicle/Other Leases
- Z- Notice Only

### Creditor Levels

- 97- Claim Disallowed
- 98- Claim Paid Outside Plan
- 99- Proof of Claim Not Filed

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing Final Report and Account were served upon the above-referenced debtor(s) and counsel for the debtor(s) either by hand-delivery, first class mail, postage prepaid, or electronically if a registered user of CM/ECF.

Dated: May 24, 2006

Steven G. Tate
Chapter 13 Standing Trustee

CLERK, U.S. BANKRUPTCY COURT
PO BOX 34189
CHARLOTTE, NC 28234-4189

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
Wilkesboro Division

Form #681

IN RE:

    LEON, RODOLFO A
    CALDERON, HILDA VILLALOBOS
SSN#:  xxx-xx-4792    DEBTOR(S).
SSN#:  xxx-xx-4301

CASE NO: 01-50108

## MOTION FOR DISCHARGE

Comes Steven G. Tate,   Trustee in the above-named proceeding, respectfully moves the Court as follows:  for issuance of a discharge to subject Debtor(s) pursuant to Title 11, United States Code Sec. 1328(a) and a discharge of Trustee and his sureties from other further liabilities regarding the subject proceeding.

   As grounds therefore, your movant states:

1. Debtor(s) have completed plan payments; and
2. Trustee has completed disbursements and issued reports as required by applicable laws and the Orders of the Court.

Dated: 05/24/06

By:   SANDRA HENDERSON
      212 Cooper St.
      PO Box 1778
      Statesville, NC 28687-1778
      Telephone: (704) 872-0068

Respectfully submitted,
Steven G. Tate, Trustee

**\*\* NOTICE OF HEARING ON REVERSE SIDE \*\***

      CLERK, U.S. BANKRUPTCY COURT

      PO BOX 34189
      CHARLOTTE, NC  28234-4189

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF NORTH CAROLINA  
Wilkesboro Division

Form #681

IN RE:
    LEON, RODOLFO A  
    CALDERON, HILDA VILLALOBOS  
SSN#:  xxx-xx-4792    DEBTOR(S).  
SSN#:  xxx-xx-4301

CASE NO: 01-50108

### NOTICE OF MOTION TO DISCHARGE DEBTOR(S)

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor(s) named above for the Court to grant the discharge.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested by the trustee in the motion, or if you want the Court to consider your views on the motion, then you or your attorney must file with the Court a written response to the motion and a request for a hearing within ten (10) days of the date of this notice, at the following address:

    CLERK, U.S. BANKRUPTCY COURT

    PO BOX 34189  
    CHARLOTTE, NC  28234-4189

If you **mail** your response to the Court for filing, you must mail it it early enough for the Court to **receive** it on or before the deadline stated above.

You must serve a copy of your response on the trustee at the following mailing address:

    Steven G. Tate  
    Standing Chapter 13 Trustee  
    PO Box 1778  
    Statesville, NC 28687-1778

If a response is filed, a hearing on the trustee's motion will be scheduled. The date, time and location of the hearing will be provided by separate notice.

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 05/24/06                        Steven G. Tate  
                                      Chapter 13 Trustee

In re: RODOLFO A LEON  
    SSN: XXX-XX-4792  
    HILDA VILLALOBOS CALDERON  
    SSN: XXX-XX-4301  

Case No. 01-50108  
Chapter 13  
Judge J. Craig Whitley  

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the  
**MOTION FOR DISCHARGE**  
has been served on the parties whose names and addresses are listed below. Registered users of CM/ECF were served electronically. All others were served by ordinary US mail, first class, postage prepaid.

May 24, 2006  
    Date

SANDRA HENDERSON  
Office of the Chapter 13 Trustee

---

| | |
|---|---|
| Steven G. Tate<br>Standing Chapter 13 Trustee<br>PO Box 1778<br>Statesville, NC<br>28687-1778 | CLERK, U.S. BANKRUPTCY COURT<br><br>PO BOX 34189<br>CHARLOTTE, NC<br>28234-4189 |
| RODOLFO A LEON<br><br>1381 MEANDERING LANE<br>LINCOLNTON NC<br>28092 | DEIRDRE H NACHAMIE<br>ATTORNEY AT LAW<br>PO BOX 853<br>LINCOLNTON NC<br>28093 |
| HILDA VILLALOBOS CALDERON<br><br>1381 MEANDERING LANE<br>LINCOLNTON NC<br>28092 | AMERICREDIT FINANCIAL SVCS INC<br><br>12125 HERBERT WAYNE CT # 100<br>HUNTERSVILLE NC<br>28078-6328 |
| BOGER CITY FURNITURE<br>& APPLIANCE<br>2709 E MAIN ST<br>LINCOLNTON NC<br>28092 | CHANEYS USED CARS<br><br>776 HUSS STREET<br>LINCOLNTON NC<br>28092 |
| CHRYSLER FIN CO LLC<br>C/O SHERMETA CHIMKO & ADAMS<br>PO BOX 80908/CH 13 DEPT<br>ROCHESTER HILLS MI<br>48308-0908 | CLERK U S BANKRUPTCY COURT<br>TURNOVERS TO CLERK<br>P O BOX 34189<br>CHARLOTTE NC<br>28234-4189 |

PAGE 1 - CONTINUED ON NEXT PAGE

| | |
|---|---|
| DEIRDRE H NACHAMIE<br>ATTORNEY AT LAW<br>PO BOX 853<br>LINCOLNTON NC<br>28093 | FIRST CHARTER BANK<br><br>402 E MAIN ST<br>LINCOLNTON NC<br>28092 |
| INTERNAL REVENUE SERVICE<br><br>PO BOX 21125<br>PHILADELPHIA PA<br>19114 | JULIE MOSER HANCE<br>ATTORNEY AT LAW<br>PO BOX 1075<br>GASTONIA NC<br>28053 |
| LIFETIME DISTRIBUTORS<br><br>P O BOX 1090<br>MENTOR OHIO<br>44061 | LINCOLN COUNTY TAX DEPARTMENT<br>MADGE HUFFMAN TAX ADMIN<br>PO BOX 938<br>LINCOLNTON NC<br>28092 |
| NC DEPT OF REVENUE<br>OFFICE SERV DIV/BANKRUPTCY UNT<br>PO BOX 1168<br>RALEIGH NC<br>27602-1168 | NO ATTORNEY - PRO SE PETITION<br><br><br><br>00000 |
| ROBERT J BERNHARDT<br>ATTY FOR LIFETIME DIST INC<br>5821 FAIRVIEW RD STE 550<br>CHARLOTTE NC<br>28209 | SECURITY FINANCE<br>CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD SUITE 206<br>COLUMBIA SC<br>29210 |
| SECURITY FINANCIAL<br><br>1202 E MAIN ST<br>LINCOLNTON NC<br>28092 | SHERMETA CHIMKO & ADAMS<br>AGENT FOR CHRYSLER FIN CO LLC<br>PO BOX 80908<br>ROCHESTER MI<br>48308 |
| US POSTAL SERVICE<br><br>326 E MAIN ST<br>LINCOLNTON NC<br>28092 | USDA/RHS<br>CHAPTER 13 BANKRUPTCY PAYMENTS<br>PO BOX 790190<br>ST LOUIS MO<br>63179-0190 |