

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 01−50108
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Rodolfo A. Leon
1381 Meandering Lane
Lincolnton, NC 28092
Social Security No.: xxx−xx−4792

Hilda Villalobos Calderon
aka Hilda Delsocorro Leon
1381 Meandering Lane
Lincolnton, NC 28092
Social Security No.: xxx−xx−4301

# FINAL DECREE

The estate of the above named debtor has been fully administered.

♦ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

♦ Steven G. Tate is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
♦ The chapter 13 case of the above named debtor is closed.

Dated: June 7, 2006

BY THE COURT

J. Craig Whitley
United States Bankruptcy Judge

Electronically filed and signed (6/7/06)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0108   Doc 52   Filed 06/09/06   Entered 06/10/06 01:03:42   Desc Imaged
Certificate of Service   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0419-5          User: toweryk              Page 1 of 1               Date Rcvd: Jun 07, 2006
Case: 01-50108                Form ID: 150               Total Served: 4

The following entities were served by first class mail on Jun 09, 2006.
db          +Hilda Villalobos Calderon,   1381 Meandering Lane,   Lincolnton, NC 28092-7192
db          +Rodolfo A. Leon,   1381 Meandering Lane,   Lincolnton, NC 28092-7192
aty         +Deirdre H. Nachamie,   Nachamie and Whitley, PLLC,   P.O. Box 853,   Lincolnton, NC 28093-0853
tr          +Steven G. Tate,   P.O. Box 1778,   Statesville, NC 28687-1778

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 09, 2006**                    Signature:   _Joseph Speetjens_